HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Joshua J. Angel
Paul Rubin

Attorneys for the Defendants Calypso Mines LLC Endymion, LLC, Tango LLC and Foxtrot LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERRILL LYNCH MORTGAGE CAPITAL INC.,

        Plaintiff,

-against-

RALPH ESMERIAN, CALYPSO MINES LLC, ENDYMION, LLC, R. ESMERIAN INC., TANGO LLC and FOXTROT LLC,

        Defendants.
------------------------------------------------------------x

Index No. 08 Civ. 5058 (NRB)(MHD)

Civil Action

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Calypso Mines LLC, Endymion, LLC, Tango LLC and Foxtrot LLC. (each a private non-governmental party) (collectively, the "Defendants") certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendants which are publicly held.

HF 4171364v.1 #13526/0002

Dated: New York, New York
       June 2, 2008

Respectfully submitted,

HERRICK, FEINSTEIN LLP
Attorneys for Defendants Calypso Mines LLC,
Endymion, LLC, Tango LLC and Foxtrot LLC

By: _____
Joshua J. Angel
Paul Rubin
2 Park Avenue
New York, New York 10016
(212) 592-1400
jangel@herrick.com
prubin@herrick.com