HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Joshua J. Angel
Paul Rubin
jangel@herrick.com
prubin@herrick.com

Attorneys for the Defendants Calypso Mines LLC, Endymion, LLC, Tango LLC and Foxtrot LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MERRILL LYNCH MORTGAGE CAPITAL : Electronically Filed
INC., :
                                        :
             Plaintiff,                 : Civil Action No.:
                                        : 08 CV 5058(NRB)(MHD)
      -against-                         :
                                        :
RALPH ESMERIAN, CALYPSO MINES LLC, :
ENDYMION, LLC, R. ESMERIAN INC., TANGO :
LLC and FOXTROT LLC,                    :
                                        :
             Defendants.                :
                                        :
---------------------------------------- x

## CERTIFICATE OF SERVICE

I, Seth F. Kornbluth, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States District Court for the Southern District of New York, do hereby certify that on June 3, 2008 I caused the Notice of Removal with exhibits (*Docket No. 1*) to be served by hand delivery upon the following law firms:

| Cadwalader, Wickersham & Taft LLP | Philips Nizer, LLP |
|---|---|
| Attn: Howard R. Hawkins, Esq.<br>      Ellen M. Halstead, Esq.<br>One World Financial Center<br>New York, NY  10281 | Attn:  Helen Davis Chaitman, Esq.<br>666 Fifth Avenue<br>New York, NY 10103 |

HF 4184805v.1 #13526/0002

| | |
|---|---|
| Blank Rome, LLP<br>Michael Z. Brownstein, Esq.<br>405 Lexington Avenue<br>New York, NY 10174 | |

Date:   New York, New York
       June 5, 2008

                                            Seth F. Kornbluth