UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL LYNCH MORTGAGE CAPITAL INC.,<br><br>                                Plaintiff,<br><br>- against -<br><br>RALPH ESMERIAN, CALYPSO MINES LLC, ENDYMION, LLC, R. ESMERIAN INC, TANGO LLC and FOXTROT LLC,<br><br>                              Defendants. | Electronically Filed<br><br>Case No.  08-cv-5058 (NRB)(MHD)<br><br>NY County Supreme Court<br>Index No. 600012/2008<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff Merrill Lynch Mortgage Capital Inc. ("MLMCI") certifies that MLMCI is an indirect wholly-owned subsidiary of Merrill Lynch & Co., Inc.  Merrill Lynch & Co., Inc. is a publicly held company.  No other publicly held entity owns 10% or more in MLMCI.

Dated:    New York, New York
             June 12, 2008

                                            CADWALADER, WICKERSHAM & TAFT LLP

                                            By:        /s/ Howard R. Hawkins, Jr.
                                                    Howard R. Hawkins, Jr.
                                                      John J. Rapisardi
                                                      Ellen M. Halstead

                                          Cadwalader, Wickersham & Taft LLP
                                          One World Financial Center
                                          New York, New York 10281
                                          Telephone: (212) 504-6000
                                          Facsimile:  (212) 504-6666
                                          *Attorneys for Plaintiff*
                                          *Merrill Lynch Mortgage Capital Inc.*