UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERRILL LYNCH MORTGAGE CAPITAL INC.,

                         Plaintiff,

- against -

RALPH ESMERIAN, CALYPSO MINES LLC, ENDYMION, LLC, R. ESMERIAN INC., TANGO LLC and FOXTROT LLC,

                         Defendants.

Electronically Filed

Case No.  08-cv-5058 (NRB)(MHD)

NY County Supreme Court
Index No. 600012/2008

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for plaintiff Merrill Lynch Mortgage Capital Inc.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
            June 12, 2008

                                     /s/    Howard R. Hawkins, Jr.
                                Howard R. Hawkins, Jr.
                                Cadwalader, Wickersham & Taft LLP
                                One World Financial Center
                                New York, New York 10281
                                Telephone:  (212) 504-6000
                                Facsimile:  (212) 504-6666
                                *Attorneys for Plaintiff*
                                *Merrill Lynch Mortgage Capital Inc.*