UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERRILL LYNCH MORTGAGE CAPITAL INC.,

Plaintiff,

- against -

RALPH ESMERIAN, CALYPSO MINES LLC,
ENDYMION, LLC, R. ESMERIAN INC., TANGO
LLC and FOXTROT LLC,

Defendants.

Electronically Filed

Case No.  08-cv-5058 (NRB)(MHD)

NY County Supreme Court
Index No. 600012/2008

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for plaintiff Merrill Lynch Mortgage Capital Inc.  I certify that I am admitted to practice in this Court.

Dated:    New York, New York
          June 12, 2008

        /s/   Ellen M. Halstead
Ellen M. Halstead
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
*Attorneys for Plaintiff*
*Merrill Lynch Mortgage Capital Inc.*