UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL LYNCH MORTGAGE CAPITAL INC.,<br><br>                                    Plaintiff,<br><br>- against -<br><br>RALPH ESMERIAN, CALYPSO MINES LLC, ENDYMION, LLC, R. ESMERIAN INC., TANGO LLC and FOXTROT LLC,<br><br>                                  Defendants. | Electronically Filed<br><br>Case No.  08-cv-5058 (NRB)(MHD)<br><br>NY County Supreme Court<br>Index No. 600012/2008<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for plaintiff Merrill Lynch Mortgage Capital Inc.  I certify that I am admitted to practice in this Court.


Dated:    New York, New York
             June 12, 2008

                                                    /s/   John J. Rapisardi
                                                  John J. Rapisardi
                                                  Cadwalader, Wickersham & Taft LLP
                                                  One World Financial Center
                                                  New York, New York 10281
                                                  Telephone:  (212) 504-6000
                                                  Facsimile:  (212) 504-6666
                                                  *Attorneys for Plaintiff*
                                                  *Merrill Lynch Mortgage Capital Inc.*